UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| In re | : | |
| | : | Chapter 11 |
| THE COLONIAL BANCGROUP, INC., | : | Case No. 09-32303 (DHW) |
|     Debtor. | : | |
| ------------------------------------------------------------x | | |
| | : | |
| THE COLONIAL BANCGROUP, INC., | : | |
|     Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| BRANCH BANKING AND TRUST CO., | : | DISTRICT COURT MISC. |
| NO. | | |
|     Defendant/Third-Party Plaintiff, | : | 2:11-cv-00824-MHT-WC |
| | : | |
| v. | : | |
| | : | |
| FEDERAL DEPOSIT INSURANCE | : | |
| CORPORATION, as Receiver for | : | |
| Colonial Bank and in its Corporate | : | |
| Capacity, | : | |
| | : | |
|     Third-Party Defendant. | : | |
| ------------------------------------------------------------x | | |

MEMORANDUM OF THE FEDERAL DEPOSIT INSURANCE CORPORATION
IN ITS CORPORATE CAPACITY IN OPPOSITION TO PLAINTIFF'S MOTION
FOR STAY

The Federal Deposit Insurance Corporation in its Corporate Capacity (FDIC-C) is a third-party defendant in this matter. Its alleged liability primarily arises out of the requirement in the Purchase and Assumption Agreement dated August 14, 2009 (Agreement), which requires FDIC-C to indemnify Branch Banking & Trust (BB&T) under certain circumstances if FDIC as Receiver for Colonial Bank (FDIC-R) has

inadequate assets to meet its indemnification obligations under the Agreement (Third-Party Complaint at ¶ 1).

Colonial Bancgroup has filed a motion to stay this action (Docket # 2). For the reasons stated in FDIC-R's Memorandum of Points and Authorities in Opposition to Plaintiff's Motion to Stay (Docket # 19), and which FDIC-C adopts and incorporates by reference as if fully set forth herein, FDIC-C respectfully requests that the Court deny the Motion to stay.

Dated: October 19, 2011               Respectfully submitted,

                                      Barbara Sarshik
                                      Senior Counsel

                                      s/Thomas L. Holzman
                                      THOMAS L. HOLZMAN
                                          (DC Bar #950162)
                                      Counsel
                                      Federal Deposit Insurance Corporation
                                      3501 Fairfax Drive, D-7024
                                      Arlington, VA 22226
                                      703.562.2369
                                      703.562.2477 (fax)
                                      thholzman@fdic.gov

**CERTIFICATE OF SERVICE**

      I, Thomas L. Holzman, hereby certify that on October 19, 2011, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Phillip Henry Butler
Nicholas Christian Glenos
Thomas Parker Griffin, Jr.
Ethan Tyler Tidmore
Bradley Arant Boult Cummings
1819 Fifth Avenue North
Birminham, AL 35203-2119

Brent W. Herrin
Cohen Pollock Merlin & Small
3350 Riverwood Parkway #1600
Atlanta, GA 30339

John J. Clarke, Jr.
Spencer D. Stiefel
DLA Piper LLP
1251 Avenue of the Americas
New York, NY 10020-1104

Michael A. Fritz, Sr.
Fritz Hughes & Hill
1784 Taliaferro Trail, Suite A
Montgomery, AL 36117

                                            s/Thomas L. Holzman