IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| THE COLONIAL BANCGROUP, INC.,<br><br>      Plaintiff,<br><br>      v.<br><br>BRANCH BANKING AND TRUST COMPANY,<br><br>      Defendant and<br>      Third-Party Plaintiff,<br><br>      v.<br><br>FEDERAL DEPOSIT INSURANCE CORPORATION, as receiver for Colonial Bank and in its corporate capacity,<br><br>      Third-Party Defendants. | Case No.  2:11-cv-0824 (MHT) |

**CONSENT MOTION FOR EXTENSION OF TIME TO
RESPOND TO THIRD-PARTY COMPLAINT**

Third-party defendants the Federal Deposit Insurance Corporation, as receiver for Colonial Bank (the "FDIC-Receiver"), and the Federal Deposit Insurance Corporation, in its corporate capacity (the "FDIC-Corporate"), respectfully request that this Court enter an order further extending until January 3, 2012 their deadline to respond to the third-party complaint filed in this action by Branch Banking and Trust Company ("BB&T").  Third-party plaintiff BB&T consents to the relief requested in this motion.

      1.     This action was filed as an adversary proceeding against BB&T in the bankruptcy court on April 8, 2011.  On September 29, 2011, the Court entered an order withdrawing the reference with respect to that adversary proceeding.

2. BB&T filed its third-party complaint against the FDIC-Receiver and FDIC-Corporate in the bankruptcy court on September 16, 2011. The summons and third-party complaint were served on September 27, 2011, two days before the Court's order withdrawing the reference was entered.[1]

3. On October 14, 2011, the Court entered an order extending through December 2, 2011 the time for FDIC-Corporate and the FDIC-Receiver to move, answer or otherwise respond to BB&T's third-party complaint. Since that time, the FDIC-Receiver and FDIC-Corporate have been in discussions with BB&T concerning the possibility of an interim stay of proceedings with respect to BB&T's third-party complaint pending the Court's adjudication of related issues in pending litigation between the FDIC-Receiver and plaintiff The Colonial BancGroup, Inc. ("BancGroup").

4. The parties believe they will be in a position to present a consent motion with respect to such a stay of proceedings in the near future. However, it has become apparent that the motion will not be prepared in time to obtain a ruling from the Court prior to the current December 2, 2011 deadline for the FDIC-Receiver and FDIC-Corporate to respond to the third-party complaint.

5. As mentioned above, BB&T consents to the relief requested herein.

---

[1] The Federal Deposit Insurance Corporation acts in two legally distinct capacities when it acts (1) in its corporate capacity as insurer and a regulator of insured depository institutions and (2) as the appointed conservator or receiver of specific failed depository institutions. *See, e.g.*, *Bullion Servs., Inc. v. Valley State Bank*, 50 F.3d 705, 708-09 (9th Cir. 1995); *Washington Bancorp. v. F.D.I.C. (In re Washington Bancorp.)*, C.A. No. 95-1340, 1996 WL 148533, at *11-12 (D.D.C. Mar. 19, 1996). "Because FDIC Corporate and FDIC Receiver perform two different functions and protect wholly different interests, courts have been careful to keep the rights and liabilities of these two entities legally separate." *Bullion Servs.*, 50 F.3d at 709.

WHEREFORE, the FDIC-Receiver and FDIC-Corporate respectfully request that the Court enter an order extending their time to move, answer or otherwise respond to the third-party complaint in this action through and including January 3, 2012.

Dated: Montgomery, Alabama  
      November 28, 2011

Respectfully submitted,

/s/ Thomas L. Holzman  
Thomas L. Holzman (D.C. Bar # 950162)  
Counsel  
Federal Deposit Insurance Corporation  
3501 Fairfax Drive  
Arlington, VA 22226  
(703) 562-2369  
thholzman@fdic.gov

Attorney for the  
  Federal deposit Insurance Corporation  
  in its corporate capacity

/s/ Michael A. Fritz, Sr.  
Michael A. Fritz, Sr.  
Fritz Hughes & Hill, LLC  
1784 Taliaferro Trail, Suite A  
Montgomery, AL 36117  
(334) 215-4422

- and –

John J. Clarke, Jr.  
Thomas R. Califano  
Michael D. Hynes  
Spencer Stiefel  
DLA Piper LLP (US)  
1251 Avenue of the Americas  
New York, New York  10020-1104  
(212) 335-4500

Attorneys for the  
  Federal Deposit Insurance Corporation  
  as receiver for Colonial Bank

**CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that he is one of the attorneys for third-party defendant Federal Deposit Insurance Corporation, as Receiver for Colonial Bank and that on November 28, 2011, a true and correct copy of the foregoing document was filed with this Court's ECF system in this action, which will cause the electronic service of this document upon all persons registered in this action to receive CM/ECF notifications as of its filing to include the following:

| | |
|---|---|
| Benjamin I. Finestone<br>Quinn Emanuel Urquhart & Sullivan, LLP<br>51 Madison Avenue<br>New York, NY 10010 | Thomas L. Holzman<br>Federal Deposit Insurance Corporation<br>3501 Fairfax Dr.<br>Arlington, VA 22226 |
| Brent William Herrin<br>Gus H. Small<br>Cohen Pollock Merlin & Small, P.C.<br>3350 Riverwood Pkwy SE ste 1600<br>Atlanta, GA 30339-3359 | Nicholas Christian Glenos<br>Ethan Tyler Tidmore<br>Thomas Parker Griffin, Jr.<br>Bradley Arant Boult Cummings LLP<br>One Federal Place<br>1819 Fifth Avenue North<br>Birmingham, AL 35203 |
| Philip Henry Butler<br>Bradley Arant Boult Cummings LLP<br>Alabama Center for Commerce<br>401 Adams Avenue, Suite 780<br>Montgomery, AL 36104 | |

                                                    /s/ Michael A. Fritz, Sr.
                                                    Michael A. Fritz, Sr.