IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| COLONIAL BANCGROUP, INC., | ) | |
| | ) | |
|    Debtor. | ) | |
| | ) | |
| COLONIAL BANCGROUP, INC., | ) | |
| | ) | |
|    Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
|    v. | ) | 2:11cv824-MHT |
| | ) | |
| BRANCH BANKING AND TRUST COMPANY, | ) | |
| | ) | |
| | ) | |
|    Defendant and | ) | |
|    Third-Party Plaintiff, | ) | |
| | ) | |
|    v. | ) | |
| | ) | |
| FEDERAL DEPOSIT INSURANCE CORPORATION, as Receiver for Colonial Bank and in Its Corporate Capacity, | ) | |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
|    Third-Party Defendant. | ) | |

ORDER

It is ORDERED that the motion for extension of time to respond (Doc. No. 30) is granted.

DONE, this the 30th day of November, 2011.


      /s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE