IN THE DISTRICT COURT OF THE UNITED STATES FOR THE
MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
IN RE:                              )
                                    )
COLONIAL BANCGROUP, INC.,           )
                                    )
    Debtor.                         )
                                    )
COLONIAL BANCGROUP, INC.,           )
                                    )
    Plaintiff,                      )
                                    )   CIVIL ACTION NO.
    v.                              )    2:11cv824-MHT
                                    )
BRANCH BANKING AND TRUST            )
COMPANY,                            )
                                    )
    Defendant and                   )
    Third-Party Plaintiff,          )
                                    )
    v.                              )
                                    )
FEDERAL DEPOSIT INSURANCE           )
CORPORATION, as Receiver            )
for Colonial Bank and in            )
Its Corporate Capacity,             )
                                    )
    Third-Party Defendant.          )
```

**ORDER**

It is ORDERED that the motion for extension of time to file reply (Doc. No. 36) is granted as requested.

DONE, this the 9th day of December, 2011.

    /s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**